06/24/13   05:03PM   Slomka Law Firm PC   (770) 590-3515   p.02
13-00-00 13:00 FROM-

B27 (Official Form 27) (12/09)

# UNITED STATES BANKRUPTCY COURT

<u>Northern</u>      District of <u>Georgia</u>

In re <u>Josephine Holland</u>
           Debtor

Case No. <u>13-60983</u>   (SLH)
Chapter <u>7</u>

## REAFFIRMATION AGREEMENT COVER SHEET

This form must be completed in its entirety and filed, with the reaffirmation agreement attached,
within the time set under Rule 4008. It may be filed by any party to the reaffirmation agreement.

1.    Creditor's Name: <u>CAPITAL ONE, N.A. - BEST BUY CO., INC.</u>

2.    Amount of the debt subject to this reaffirmation agreement:
    $ <u>1,152.93</u> on the date of bankruptcy   $ <u>1,152.93</u> to be paid under reaffirmation agreement

3.    Annual percentage rate of interest: _____ % prior to bankruptcy
    <u>0</u> % under reaffirmation agreement ( ✓ Fixed Rate ___ Adjustable Rate)

4.    Repayment terms (if fixed rate): $ <u>50.00</u> per month for <u>24</u> months

5.    Collateral, if any, securing the debt: Current market value $ <u>1152.93</u>
    Description: <u>50'PLASMA,TABLET,LBTP</u>

6.    Does the creditor assert that the debt is nondischargeable? ___ Yes ✓ No
(If yes, attach a declaration setting forth the nature of the debt and basis for the contention that the debt
is nondischargeable.)

| <u>Debtor's Schedule I and J Entries</u> | <u>Debtor's Income and Expenses</u><br><u>as Stated on Reaffirmation Agreement</u> |
|---|---|
| 7A. Total monthly income from $ 3757<br>Schedule I, line 16 | 7B. Monthly income from all $ 3757<br>sources after payroll deductions |
| 8A. Total monthly expenses $ 3754<br>from Schedule J, line 18 | 8B. Monthly expenses $ 3754 |
| 9A. Total monthly payments on $ 0<br>reaffirmed debts not listed on<br>Schedule J | 9B. Total monthly payments on $ 0<br>reaffirmed debts not included in<br>monthly expenses |
| | 10B. Net monthly income $ 3<br>(Subtract sum of lines 8B and 9B from<br>line 7B. If total is less than zero, put the<br>number in brackets.) |

06/24/13   05:03PM   Slomka Law   p.03

B27 (Official Form 27) (12/09)                                                          Page 2

11.  Explain with specificity any difference between the income amounts (7A and 7B):

_____

_____

12.  Explain with specificity any difference between the expense amounts (8A and 8B):

_____

_____

     If line 11 or 12 is completed, the undersigned debtor, and joint debtor if applicable, certifies that
any explanation contained on those lines is true and correct.


_____          _____
Signature of Debtor (only required if       Signature of Joint Debtor (if applicable, and only
line 11 or 12 is completed)                  required if line 11 or 12 is completed)

Other Information

☐    Check this box if the total on line 10B is less than zero. If that number is less than zero, a
presumption of undue hardship arises (unless the creditor is a credit union) and you must explain with
specificity the sources of funds available to the Debtor to make the monthly payments on the
reaffirmed debt: _____

_____

Was debtor represented by counsel during the course of negotiating this reaffirmation agreement?
_____ Yes          ___X___ No

If debtor was represented by counsel during the course of negotiating this reaffirmation agreement, has
counsel executed a certification (affidavit or declaration) in support of the reaffirmation agreement?
_____ Yes          ___X___ No


**FILER'S CERTIFICATION**

     I hereby certify that the attached agreement is a true and correct copy of the reaffirmation
agreement between the parties identified on this Reaffirmation Agreement Cover Sheet.


_____
Signature

_____
Print/Type Name & Signer's Relation to Case

B240A (Form B240A) (04/10)

Check one.
☐ Presumption of Undue Hardship
☑ No Presumption of Undue Hardship
See Debtor's Statement in Support of Reaffirmation,
Part II below, to determine which box to check.

# UNITED STATES BANKRUPTCY COURT

Northern   District of Georgia

In re _____ Josephine Holland _____,        Case No. 13-60983 ( JLH )
                 *Debtor*

                                            Chapter 7 _____

## REAFFIRMATION DOCUMENTS

### Name of Creditor: CAPITAL ONE, N.A. – BEST BUY CO., INC.

☐ Check this box if Creditor is a Credit Union

## PART I. REAFFIRMATION AGREEMENT

**Reaffirming a debt is a serious financial decision. Before entering into this Reaffirmation
Agreement, you must review the important disclosures, instructions, and definitions found in Part V of
this form.**

A. Brief description of the original agreement being reaffirmed: _____ Secured revolving account _____

                                                                  *For example, auto loan*

B. *AMOUNT REAFFIRMED*:      $ _____ 1152.93 _____

        The Amount Reaffirmed is the entire amount that you are agreeing to pay. This may include
        unpaid principal, interest, and fees and costs (if any) arising on or before _____ 6/6/13 _____,
        which is the date of the Disclosure Statement portion of this form (Part V).

        *See the definition of "Amount Reaffirmed" in Part V, Section C below.*

C. The *ANNUAL PERCENTAGE RATE* applicable to the Amount Reaffirmed is _____ 0 _____ %.

        *See definition of "Annual Percentage Rate" in Part V, Section C below.*

        This is a *(check one)* ☑ Fixed rate        ☐ Variable rate

If the loan has a variable rate, the future interest rate may increase or decrease from the Annual Percentage Rate
disclosed here.

06/24/13   05:03PM   Slomka Law Firm P.C.       *706 489-2115           p.05

B240A, Reaffirmation Documents                                                      Page 2

D. Reaffirmation Agreement Repayment Terms *(check and complete one)*:

☑ $ __50.00__ per month for __24__ months starting on __10|20|13__.

☐ Describe repayment terms, including whether future payment amount(s) may be different from the initial payment amount.

_____

_____

_____

E. Describe the collateral, if any, securing the debt:

Description:                   50'PLASMA,TABLET,LBTP
Current Market Value    $_____1152.93

F. Did the debt that is being reaffirmed arise from the purchase of the collateral described above?
                                                                        1152.93
☑ Yes.  What was the purchase price for the collateral?        $_____

☐ No.  What was the amount of the original loan?              $_____

G. Specify the changes made by this Reaffirmation Agreement to the most recent credit terms on the reaffirmed debt and any related agreement:

|  | Terms as of the Date of Bankruptcy | Terms After Reaffirmation |
|---|---|---|
| Balance due *(including fees and costs)* | $ 1,152.93 | $ 1152.93 |
| Annual Percentage Rate | _____ % | 0 ____ % |
| Monthly Payment | $_____ | $ 50.00 |

H. ☐ Check this box if the creditor is agreeing to provide you with additional future credit in connection with this Reaffirmation Agreement.  Describe the credit limit, the Annual Percentage Rate that applies to future credit and any other terms on future purchases and advances using such credit:

_____

_____

## PART II.    DEBTOR'S STATEMENT IN SUPPORT OF REAFFIRMATION AGREEMENT

A. Were you represented by an attorney during the course of negotiating this agreement?

Check one.    ☐ Yes      ☑ No

B. Is the creditor a credit union?

Check one.    ☐ Yes      ☑ No

C. If your answer to EITHER question A. or B. above is "No," complete 1. and 2. below.

1.   Your present monthly income and expenses are:

   a. Monthly income from all sources after payroll deductions
   (take-home pay plus any other income)                                    $3797

   b. Monthly expenses (including all reaffirmed debts except
   this one)                                                                $3747

   c. Amount available to pay this reaffirmed debt (subtract b. from a.)     $ 50°°

   d. Amount of monthly payment required for this reaffirmed debt           $ 50.00

   *If the monthly payment on this reaffirmed debt (line d.) is greater than the amount you have available to
   pay this reaffirmed debt (line c.), you must check the box at the top of page one that says "Presumption
   of Undue Hardship." Otherwise, you must check the box at the top of page one that says "No
   Presumption of Undue Hardship."*

2.   You believe that this reaffirmation agreement will not impose an undue hardship on you or your
   dependents because:

   Check one of the two statements below, if applicable:

    ☑   You can afford to make the payments on the reaffirmed debt because your monthly income is
                   greater than your monthly expenses even after you include in your expenses the monthly
                   payments on all debts you are reaffirming, including this one.

   ☐   You can afford to make the payments on the reaffirmed debt even though your monthly income
       is less than your monthly expenses after you include in your expenses the monthly payments on
       all debts you are reaffirming, including this one, because:

   _____

   _____

   _____

   Use an additional page if needed for a full explanation.

D. If your answers to BOTH questions A. and B. above were "Yes," check the following
statement, if applicable:

   ☐   You believe this Reaffirmation Agreement is in your financial interest and you can afford to
       make the payments on the reaffirmed debt.

*Also, check the box at the top of page one that says "No Presumption of Undue Hardship."*

06/24/13    05:03PM    Slomka Law Firm, PC    (770) 590-3115    p.07

B240A, Reaffirmation Documents                                                        Page 4

## PART III. CERTIFICATION BY DEBTOR(S) AND SIGNATURES OF PARTIES

I hereby certify that:

(1)    I agree to reaffirm the debt described above.

(2)    Before signing this Reaffirmation Agreement, I read the terms disclosed in this Reaffirmation Agreement (Part I) and the Disclosure Statement, Instructions and Definitions included in Part V below;

(3)    The Debtor's Statement in Support of Reaffirmation Agreement (Part II above) is true and complete;

(4)    I am entering into this agreement voluntarily and am fully informed of my rights and responsibilities; and

(5)    I have received a copy of this completed and signed Reaffirmation Documents form.

SIGNATURE(S) (If this is a joint Reaffirmation Agreement, both debtors must sign.):

Date _____    Signature _____
                                              *Debtor*

Date _____    Signature _____
                                     *Joint Debtor, if any*

## Reaffirmation Agreement Terms Accepted by Creditor:

Creditor    CAPITAL ONE, N.A. - BEST BUY CO., INC.    C/O Bass & Associates, P.C., 3936 E. Ft. Lowell Ste 200, Tucson, AZ, 85712
                   *Print Name*                                            *Address*

_____    _____    8/12/13
*Print Name of Representative*         *Signature*              *Date*

## PART IV. CERTIFICATION BY DEBTOR'S ATTORNEY (IF ANY)

*To be filed only if the attorney represented the debtor during the course of negotiating this agreement.*

I hereby certify that: (1) this agreement represents a fully informed and voluntary agreement by the debtor; (2) this agreement does not impose an undue hardship on the debtor or any dependent of the debtor; and (3) I have fully advised the debtor of the legal effect and consequences of this agreement and any default under this agreement.

☐ A presumption of undue hardship has been established with respect to this agreement. In my opinion, however, the debtor is able to make the required payment.

*Check box, if the presumption of undue hardship box is checked on page 1 and the creditor is not a Credit Union.*

Date _____    Signature of Debtor's Attorney _____

                             Print Name of Debtor's Attorney _____

06/24/13  03:03PM  Slomka Law Firm, PC  (770) 590-3115          p.08

B240A, Reaffirmation Documents                                                              Page 5

## PART V. DISCLOSURE STATEMENT AND INSTRUCTIONS TO DEBTOR(S)

**Before agreeing to reaffirm a debt, review the terms disclosed in the Reaffirmation Agreement (Part I above) and these additional important disclosures and instructions.**

**Reaffirming a debt is a serious financial decision.** The law requires you to take certain steps to make sure the decision is in your best interest. If these steps, which are detailed in the Instructions provided in Part V, Section B below, are not completed, the Reaffirmation Agreement is not effective, even though you have signed it.

### A.    DISCLOSURE STATEMENT

1.    **What are your obligations if you reaffirm a debt?** A reaffirmed debt remains your personal legal obligation to pay. Your reaffirmed debt is not discharged in your bankruptcy case. That means that if you default on your reaffirmed debt after your bankruptcy case is over, your creditor may be able to take your property or your wages. Your obligations will be determined by the Reaffirmation Agreement, which may have changed the terms of the original agreement. If you are reaffirming an open end credit agreement, that agreement or applicable law may permit the creditor to change the terms of that agreement in the future under certain conditions.

2.    **Are you required to enter into a reaffirmation agreement by any law?** No, you are not required to reaffirm a debt by any law. Only agree to reaffirm a debt if it is in your best interest. Be sure you can afford the payments that you agree to make.

3.    **What if your creditor has a security interest or lien?** Your bankruptcy discharge does not eliminate any lien on your property. A "lien" is often referred to as a security interest, deed of trust, mortgage, or security deed. The property subject to a lien is often referred to as collateral. Even if you do not reaffirm and your personal liability on the debt is discharged, your creditor may still have a right under the lien to take the collateral if you do not pay or default on the debt. If the collateral is personal property that is exempt or that the trustee has abandoned, you may be able to redeem the item rather than reaffirm the debt. To redeem, you make a single payment to the creditor equal to the current value of the collateral, as the parties agree or the court determines.

4.    **How soon do you need to enter into and file a reaffirmation agreement?** If you decide to enter into a reaffirmation agreement, you must do so before you receive your discharge. After you have entered into a reaffirmation agreement and all parts of this form that require a signature have been signed, either you or the creditor should file it as soon as possible. The signed agreement must be filed with the court no later than 60 days after the first date set for the meeting of creditors, so that the court will have time to schedule a hearing to approve the agreement if approval is required. However, the court may extend the time for filing, even after the 60-day period has ended.

5.    **Can you cancel the agreement?** You may rescind (cancel) your Reaffirmation Agreement at any time before the bankruptcy court enters your discharge, or during the 60-day period that begins on the date your Reaffirmation Agreement is filed with the court, whichever occurs later. To rescind (cancel) your Reaffirmation Agreement, you must notify the creditor that your Reaffirmation Agreement is rescinded (or canceled). Remember that you can rescind the agreement, even if the court approves it, as long as you rescind within the time allowed.

B240A, Reaffirmation Documents

6.   **When will this Reaffirmation Agreement be effective?**

 a. **If you** *were* **represented by an attorney during the negotiation of your Reaffirmation Agreement and**

  i. **if the creditor is not a Credit Union,** your Reaffirmation Agreement becomes effective when it is filed with the court unless the reaffirmation is presumed to be an undue hardship. If the Reaffirmation Agreement is presumed to be an undue hardship, the court must review it and may set a hearing to determine whether you have rebutted the presumption of undue hardship.

  ii. **if the creditor is a Credit Union,** your Reaffirmation Agreement becomes effective when it is filed with the court.

 b. **If you** *were not* **represented by an attorney during the negotiation of your Reaffirmation Agreement,** the Reaffirmation Agreement will not be effective unless the court approves it. To have the court approve your agreement, you must file a motion. See Instruction 5, below. The court will notify you and the creditor of the hearing on your Reaffirmation Agreement. You must attend this hearing, at which time the judge will review your Reaffirmation Agreement. If the judge decides that the Reaffirmation Agreement is in your best interest, the agreement will be approved and will become effective. However, if your Reaffirmation Agreement is for a consumer debt secured by a mortgage, deed of trust, security deed, or other lien on your real property, like your home, you do not need to file a motion or get court approval of your Reaffirmation Agreement.

7.   **What if you have questions about what a creditor can do?** If you have questions about reaffirming a debt or what the law requires, consult with the attorney who helped you negotiate this agreement. If you do not have an attorney helping you, you may ask the judge to explain the effect of this agreement to you at the hearing to approve the Reaffirmation Agreement. When this disclosure refers to what a creditor "may" do, it is not giving any creditor permission to do anything. The word "may" is used to tell you what might occur if the law permits the creditor to take the action.

**B.   INSTRUCTIONS**

1.   Review these Disclosures and carefully consider your decision to reaffirm. If you want to reaffirm, review and complete the information contained in the Reaffirmation Agreement (Part I above). If your case is a joint case, both spouses must sign the agreement if both are reaffirming the debt.

2.   Complete the Debtor's Statement in Support of Reaffirmation Agreement (Part II above). Be sure that you can afford to make the payments that you are agreeing to make and that you have received a copy of the Disclosure Statement and a completed and signed Reaffirmation Agreement.

3.   If you were represented by an attorney during the negotiation of your Reaffirmation Agreement, your attorney must sign and date the Certification By Debtor's Attorney (Part IV above).

4.   You or your creditor must file with the court the original of this Reaffirmation Documents packet and a completed Reaffirmation Agreement Cover Sheet (Official Bankruptcy Form 27).

5.   *If you are not represented by an attorney, you must also complete and file with the court a separate document entitled "Motion for Court Approval of Reaffirmation Agreement" unless your Reaffirmation Agreement is for a consumer debt secured by a lien on your real property, such as your home. You can use Form B240B to do this.*

## C.   DEFINITIONS

1.  **"Amount Reaffirmed"** means the total amount of debt that you are agreeing to pay (reaffirm) by entering into this agreement. The total amount of debt includes any unpaid fees and costs that you are agreeing to pay that arose on or before the date of disclosure, which is the date specified in the Reaffirmation Agreement (Part I, Section B above). Your credit agreement may obligate you to pay additional amounts that arise after the date of this disclosure. You should consult your credit agreement to determine whether you are obligated to pay additional amounts that may arise after the date of this disclosure.

2.  **"Annual Percentage Rate"** means the interest rate on a loan expressed under the rules required by federal law. The annual percentage rate (as opposed to the "stated interest rate") tells you the full cost of your credit including many of the creditor's fees and charges. You will find the annual percentage rate for your original agreement on the disclosure statement that was given to you when the loan papers were signed or on the monthly statements sent to you for an open end credit account such as a credit card.

3.  **"Credit Union"** means a financial institution as defined in 12 U.S.C. § 461(b)(1)(A)(iv). It is owned and controlled by and provides financial services to its members and typically uses words like "Credit Union" or initials like "C.U." or "F.C.U." in its name.

B240B (Form B240B) (12/09)

# UNITED STATES BANKRUPTCY COURT
Northern_____ **District of** Georgia_____

In re Josephine Holland_____,           Case No. 13-60983_____
            *Debtor*

                                              Chapter  7 _____

## MOTION FOR APPROVAL OF REAFFIRMATION AGREEMENT

I (we), the debtor(s), affirm the following to be true and correct:

I am not represented by an attorney in connection with this reaffirmation agreement.

I believe this reaffirmation agreement is in my best interest based on the income and expenses I have disclosed in my Statement in Support of Reaffirmation Agreement, and because *(provide any additional relevant reasons the court should consider)*:

Therefore, I ask the court for an order approving this reaffirmation agreement under the following provisions *(check all applicable boxes)*:

□ 11 U.S.C. § 524(c)(6) (debtor is not represented by an attorney during the course of the negotiation of the reaffirmation agreement)

□ 11 U.S.C. § 524(m) (presumption of undue hardship has arisen because monthly expenses exceed monthly income, as explained in Part II of Form B240A, Reaffirmation Documents)

Signed: _Josephine Holland_____
        *(Debtor)*

        _____
        *(Joint Debtor, if any)*

Date:  _____

B240C (Form B240C) (12/09)

# United States Bankruptcy Court

Northern _____ District of ___Georgia_____

In re __Josephine Holland_____,      Case No. __13-60983_____
                    Debtor                        Chapter ___7___

## ORDER ON REAFFIRMATION AGREEMENT

     The debtor(s) _____ has (have) filed a motion for approval of the reaffirmation agreement dated _____ made between the debtor(s) and creditor _____. The court held the hearing required by 11 U.S.C. § 524(d) on notice to the debtor(s) and the creditor on _____ (date).

COURT ORDER:    ☐ The court grants the debtor's motion under 11 U.S.C. § 524(c)(6)(A) and approves the reaffirmation agreement described above as not imposing an undue hardship on the debtor(s) or a dependent of the debtor(s) and as being in the best interest of the debtor(s).

                  ☐ The court grants the debtor's motion under 11 U.S.C. § 524(k)(8) and approves the reaffirmation agreement described above.

                  ☐ The court does not disapprove the reaffirmation agreement under 11 U.S.C. § 524(m).

                  ☐ The court disapproves the reaffirmation agreement under 11 U.S.C. § 524(m).

                  ☐ The court does not approve the reaffirmation agreement.

BY THE COURT

Date: _____      _____
                            *United States Bankruptcy Judge*

BEST BUY
00011593
ACWORTH      , GA 30101
Store Phone Number 678 574 4715

SALE

Order:              Date: 09/11/11            Term ID: 060 Cashier#: 00662569
                    06:29 PM

| Product Code | Description | Quantity | Amount |
|---|---|---|---|
| 2120201 | TC-P50S30 50" PDP 1080P 600H | 1 | 734.99 |
| 2025164 | FULL HD 3D BLU-RAY DISC PLAY | 1 | 65.00 |
| 5426693 | REWARD ZONE CARD | 1 | 0.00 |
| | | Subtotal | 799.99 |
| | | Tax | 48.00 |
| | | Total | 847.99 |

Acct#:              6407
Payment Type: BBY CARD/HSBC
Amount: 847.99
Card Type: PL2
Tran#: 11598945
Auth#: 007418
Auth-CD: ELEC
Manual Tran Ind:
Signature:

KEEP YOUR RECEIPT!
I HAVE READ AND AGREE TO ALL
RETURN AND REFUND POLICIES
PRINTED ON THE BACK OF THIS
RECEIPT AND POSTED IN THE
STORE. I HAVE RECEIVED GOODS
AND/OR SERVICES IN THE AMOUNT
SHOWN ABOVE.
BESTBUY.COM RETURN AND EXCHANGE
INFORMATION AND PRICE MATCH POLICY
MAY VARY SLIGHTLY FROM IN-STORE POLICY.
PLEASE LOG ONTO WWW.BESTBUY.COM
FOR COMPLETE DETAILS
>>>>>>> ELECTRONIC COPY <<<<<<<

BEST BUY
00011593
ACWORTH      , GA 30101
Store Phone Number 678 574 4715

SALE

Order:              Date: 06/02/12        Term ID: 064 Cashier#: 00973269
                    07:02 PM

| Product Code | Description | Quantity | Amount |
|---|---|---|---|
| 5359476 | ASUS/TF300TB1/32 GB/BLUE/WIFI | 1 | 399.99 |
| 5426639 | REWARD ZONE CARD | 1 | 0.00 |

|  |  |
|---|---|
| Subtotal | 399.99 |
| Tax | 24.00 |
| Total | 423.99 |

Acct#:           6407
Payment Type: BBY CARD/HSBC
Amount: 423.99
Card Type: PL2
Tran#: 11596546
Auth#: 034745
Auth-CD: ELEC
Manual Tran Ind:
Signature:

KEEP YOUR RECEIPT!
I HAVE READ AND AGREE TO ALL
RETURN AND REFUND POLICIES
PRINTED ON THE BACK OF THIS
RECEIPT AND POSTED IN THE
STORE. I HAVE RECEIVED GOODS
AND/OR SERVICES IN THE AMOUNT
SHOWN ABOVE.
BESTBUY.COM RETURN AND EXCHANGE
INFORMATION AND PRICE MATCH POLICY
MAY VARY SLIGHTLY FROM IN-STORE POLICY.
PLEASE LOG ONTO WWW.BESTBUY.COM
FOR COMPLETE DETAILS
>>>>>>> ELECTRONIC COPY <<<<<<<

BEST BUY
00005017
KENNESAW    , GA 30144
Store Phone Number 770 424 7868

SALE

Order:                    Date: 02/04/13        Term ID: 064  Cashier#: 00733272
                          04:47 PM

| Product Code | Description | Quantity | Amount |
|---|---|---|---|
| 7098526 | C710-2847-11.8"/CELERON/2G B/ | 1 | 199.00 |
| 5426693 | REWARD ZONE CARD | 1 | 0.00 |
| | Subtotal | | 199.00 |
| | Tax | | 11.94 |
| | Total | | 210.94 |

Acct#:              6407
Payment Type: BBY CARD/HSBC
Amount: 210.94
Card Type: PL2
Tran#: 05019717
Auth#: 019294
Auth-CD: ELEC
Manual Tran Ind:
Signature:

KEEP YOUR RECEIPT!
I HAVE READ AND AGREE TO ALL
RETURN AND REFUND POLICIES
PRINTED ON THE BACK OF THIS
RECEIPT AND POSTED IN THE
STORE. I HAVE RECEIVED GOODS
AND/OR SERVICES IN THE AMOUNT
SHOWN ABOVE.
BESTBUY.COM RETURN AND EXCHANGE
INFORMATION AND PRICE MATCH POLICY
MAY VARY SLIGHTLY FROM IN-STORE POLICY.
PLEASE LOG ONTO WWW.BESTBUY.COM
FOR COMPLETE DETAILS
>>>>>>> ELECTRONIC COPY <<<<<<<

## English

*90 days or 6 months no interest, with payment: Minimum Monthly Payments required. Interest will be charged to your account from the date of purchase if plan balance is not paid in full within 90 days or for the 90-day plan or 6 months for the 6-month plan or if minimum monthly payments are not made. 48 months low payments: Valid for purchases $299 and up. 11.9% fixed APR and payments of 2.53% of the advanced purchase amount plus any late fees that including sales tax or any other charges for 48 months if your account is current. Financing Info: Subject to credit approval on first Buy issuance credit card by HSBC Bank Nevada, N.A.

### IMPORTANT INFORMATION:
**ABOUT PROCEDURES FOR OPENING A NEW ACCOUNT**
To help the government fight the funding of terrorism and money laundering activities, Federal law requires all financial institutions to obtain, verify, and record information that identifies each person who opens an account.

**What this means for you:**
When you open an account, we will ask for your name, address, date of birth, and other information that will allow us to identify you. We may also ask to see your driver's license or other identifying documents.

### HSBC Bank Nevada, N.A.
### Privacy Statement

**Our Commitment to You**
HSBC Bank Nevada, N.A ("HSBC"), is proud to be part of a financial services organization that has been providing superior products and services to its customers for more than a century. We greatly appreciate the trust that you and millions of other customers have placed in us, and we protect that trust by respecting your privacy even if our relationship with you ends. This Privacy Statement illustrates our commitment to your privacy and explains our privacy practices so you can make an informed decision about where you allow us to share your information with in order to offer you additional products and services. Although most customers enjoy receiving offers and information about additional products and services, if you prefer that we don't share your information for marketing purposes we will respect your choice.

**Types of Information We Collect**
It is important for you to know that in order to ensure that our customers get the very best service and the highest quality products, HSBC collects demographic information (such as your name and address) and credit information (such as information related to your accounts with us and others). This information comes either directly from you, for instance, from your application and transactions on your account; or, it may come from an outside source such as your credit bureau report. In addition, if you visit our Internet website, we may collect certain information about your Internet usage. Gathering this information helps us to identify our customers and manage our customer relationships. It also assists us in the development of products and services to meet the continuing needs of our customers.

**We Respect Your Privacy**
Since some of the information we gather is not publicly available, we take great care to ensure that this information is kept safe from unauthorized access. HSBC diligently maintains physical, electronic and procedural safeguards that comply with applicable federal standards to guard your non-public, personal information and to assist us in preventing unauthorized access to that information.

6022-0040 Rev (NZ-SP-04 (1-05)                                                    1

# English

**How We Share Information with Our Affiliates***

From time to time, for general business purposes such as fraud control, or when we think it may benefit you, we share certain information with other companies within our corporate family (i.e., companies affiliated with us). These companies all provide financial services such as banking, consumer finance, insurance, mortgage, and brokerage services. Some examples of such companies doing business under the names HFC*, Beneficial*, or HSBC*. We may also share certain information with non-financial service providers that become our Affiliates in the future (such as travel, auto and shopping clubs). The information we share might come from your application, such as your name, address, telephone number, social security number, and e-mail address. Also, the information we share could include your transactions with us or our Affiliates (such as your account balance, payment history, and parties to the transaction), your Internet usage, or credit card usage. Except for Vermont residents, the information we share with our Affiliates may also include your income, income or credit reports which we collect from the sources described above. With this information, our Affiliates can determine if the products they specialize in, such as mortgages, automobile loans and insurance, may be of benefit to you.

**How We Share Information with Your Merchant/Dealer**

We may share non-public personal information with the merchant or dealer to whom you made your credit card is issued which the merchant or dealer may use to manage your account. The information we provide them may come from your application and might include your name, address, and telephone number. We may tell us not to share such information with the merchant or dealer for purposes unrelated to your account with us by calling the phone number listed below. For Vermont residents, Vermont law requires us to obtain your permission to share information about you in this way and we have chosen not to share your information in this way.

**How We Share Information Outside the HSBC Family (Other than Your Merchant/Dealer)**

Except for California and Vermont residents, we also may share information with companies outside our corporate family (i.e., non-Affiliates) that are able to extend special offers we feel might be of value to you. These companies may be financial services providers (such as mortgage bankers or insurance product providers) or they may be non-financial companies (such as retailers or marketing companies). These offers are typically for products and services that you might not otherwise hear about. The information you may provide them comes from the sources described above and might include your name, address and phone number. For California and Vermont residents, applicable law requires us to obtain your permission in order to share your information in this way, and we have chosen not to share your information in this way.

We may also provide information to non-Affiliates that perform operational services related to your account or marketing services for us. Sharing information with these types of companies is permitted by law. Such a company might include a financial company (such as a mortgage banker or insurance service provider) with whom we have a joint marketing agreement or a non-financial company (such as a data processor or internet service provider) with whom we have a service agreement. The information we may share also comes from the sources described above and might include your name, address, phone number and account experience with us.

Finally, we provide information about you to non-Affiliates such as credit reporting agencies and companies which provide services related to your account. This information sharing is also permitted by law.

2

**Privacy and Security on the Internet**

Our website offers you the opportunity to view your current account information and make payments online, in addition to providing general information about our company and products. You may view our Privacy Statement when you visit our website by clicking on the "Privacy Statement" link.

We reserve the right to change our privacy practices at any time in accordance with applicable law. Notice of such changes will be provided if required by applicable law.

**How to Request That Your Information Not Be Shared**
**Information Sharing with Our Affiliates***

If you do not want us to share your credit information (such as your credit bureau information) with our Affiliates, please let us know by simply calling us at 1-800-365-3894. We will be happy to comply with your request. Your request will not apply to information about your transactions or experience with us (such as account information, account usage, or payment history) and will only apply to the private label accounts you have with HSBC Bank Nevada, N.A. Private label accounts are not optional purpose accounts such as MasterCard® or Visa®, but are accounts that may be used only if this specific merchant or merchants named on the credit card or account. An opt-out request by any party on a joint account will apply to all parties on the joint account. Vermont residents are automatically opted out from credit information sharing with our Affiliates.

**Information Sharing with Merchant/Dealer**

If you do not want us to share your non-public personal information with the merchant/dealer (unless we are permitted or required by law to do so), you will also need to let us know by simply calling us at 1-800-365-3894 with your account number(s). We will be happy to comply with your request. Please understand that your request may exclude you from receiving valuable offers in the future. Your request to opt out will only apply to the HSBC Bank Nevada, N.A. private label account(s) that you designate in your request. Opt-out requests will not only apply to the HSBC Bank Nevada, N.A. private label accounts that you designate in your request. An opt-out request by any party on a joint account will apply to all parties on the joint account. Opt-out requests will not apply to information sharing that is permitted by law. Vermont residents are automatically opted out from information sharing with the merchant/dealer that is not otherwise permitted or required by law.

**Information Sharing with Non-Affiliates (Other than Your Merchant/Dealer)**

If you do not want us to share your non-public personal information with non-Affiliates (unless we are permitted or required by law to do so), you will also need to let us know by simply calling us at 1-800-365-3894. We will be happy to comply with your request. Please understand that your request may exclude you from receiving valuable offers in the future. Your request to opt out will only apply to the HSBC Bank Nevada, N.A. private label account(s) that you designate in your request. An opt-out request by any party on a joint account will apply to all parties on the joint account. Opt-out requests will not apply to information sharing that is permitted by law. California and Vermont residents are automatically opted out from information sharing with non-Affiliates.

*"Affiliates" are companies that are related to us by common ownership or corporate control. Our Affiliates include HFC*, Beneficial*, HSBC Automotive Finance Corporation, HSBC Insurance Services, and HSBC companies such as HSBC Bank USA, and HSBC Mortgage Corporation.

3

*Truth In Lending Disclosure Chart For Best Buy Credit Card*

**English**

**Program A**

| Annual Percentage Rate (APR) for Purchases (based on your creditworthiness) | As of 1/1/08 the Standard Rate is **21.65%**, which may vary. |
|---|---|
| Other APRs | Default Rate: **25.65%** as of 1/1/08, which may vary.¹ |
| Variable-rate Information | Your APR may vary. The Standard Rate for purchases is determined monthly by adding 14.4% to the Prime Rate. The Default Rate is determined monthly by adding 18.4% to the Prime Rate.¹¹ |
| Grace Period for Repayment of Balance for Purchases | No finance charges are assessed on new purchases if the balance is paid in full each month within 25 days after the billing date. |
| Method of Computing the Balance for Purchases | Average Daily Balance (including new purchases) |
| Annual Fees | NONE |
| Minimum Finance Charge | $2.00 |
| Transaction Fee for Purchases | NONE |
| Late Payment Fee: $10 for combined account balance of $100 or less; $29 for combined account balance from $100.01 to $500; $39 for combined account balance of $500.01 or more. | |
| Overlimit Fee: $0 | |

¹ If you fail to make two consecutive Total Minimum Payments Due and one 30 days past due, you will no longer be eligible for the Standard Rate and all existing Promotional Credit Plans will terminate, and your entire Account balance will be subject to the Default Rate.

¹¹ **Program A:** Your APR may vary and is based on the highest of the U.S. Prime Rate(s) published in *The Wall Street Journal* "Money Rates Section" on the first or last day of the month that *The Wall Street Journal* is published, plus a "Spread" of 14.4 percentage points for the Standard Rate and a "Spread" of 18.4 percentage points for the Default Rate. Any change in the Prime Rate will take effect on the first day of your billing cycle beginning in the next month. The Standard Rate will never be less than 19.9%. The Default Rate will never be less than 23.9%.

**Program B**          Initial if approved for Program B.

| Annual Percentage Rate (APR) for Purchases (based on your creditworthiness) | As of 1/1/08 the Standard Rate is **24.65%**, which may vary. |
|---|---|
| Other APRs | Default Rate: **28.65%** as of 1/1/08, which may vary.¹ |
| Variable-rate Information | Your APR may vary. The Standard Rate for purchases is determined monthly by adding 17.4% to the Prime Rate. The Default Rate is determined monthly by adding 21.4% to the Prime Rate.¹¹ |
| Grace Period for Repayment of Balance for Purchases | No finance charges are assessed on new purchases if the balance is paid in full each month within 20 days after the billing date. |
| Method of Computing the Balance for Purchases | Average Daily Balance (including new purchases) |
| Annual Fees | NONE |
| Minimum Finance Charge | $2.00 |
| Transaction Fee for Purchases | NONE |
| Late Payment Fee: $35 for combined account balance of $250 or less; $39 for combined account balance of $250.01 or more. | |
| Overlimit Fee: $0 | |

¹ If you fail to make your Total Minimum Payment Due by your next statement date two or more times in 12 consecutive months, you will no longer be eligible for the Standard Rate and all existing Promotional Credit Plans will terminate, and your entire Account balance will be subject to the Default Rate.

¹¹ **Program B:** Your APR may vary and is based on the highest of the U.S. Prime Rate(s) published in *The Wall Street Journal* "Money Rates Section" on the first or last day of the month that *The Wall Street Journal* is published, plus a "Spread" of 17.4 percentage points for the Standard Rate and a "Spread" of 21.4 percentage points for the Default Rate. Any change in the Prime Rate will take effect on the first day of your billing cycle beginning in the next month. The Standard Rate will never be less than 23.15%. The Default Rate will never be less than 27.15%.

# English

**NOTICE FOR MARRIED WISCONSIN RESIDENTS:** No provision of a marital property agreement (including a Statutory Terminable Marital Property Classification Agreement under Sec. 766.588 Wis. Stats., or a Statutory Terminable Individual Property Classification Agreement under 766.590) adversely affects the interest of the creditor unless the creditor, prior to the time the credit is granted, is furnished a copy of the agreement statement or a decree or has actual knowledge of the adverse provision when the obligation to the creditor is incurred.

**NOTICE FOR CALIFORNIA RESIDENTS:** California law requires that we inform consumers that should they fail to fulfill the terms of their credit obligation, a negative report reflecting on their credit record may be submitted to a credit reporting agency. If you are married, you may apply for credit in your own name.

**NOTICE FOR FLORIDA RESIDENTS:** You (borrower) agree that, should we obtain a judgment against you, a portion of your disposable earnings may be attached or garnished (paid to us by your employer), as provided by Florida and Federal law.

**NOTICE FOR MAINE RESIDENTS:** We may request a consumer report in connection with your application for credit. You may also either at a consumer report was obtained by us and you will tell you the name and address of the consumer reporting agency, if a report was obtained.

**NOTICE FOR NEW YORK RESIDENTS:** A consumer credit report may be requested in connection with this application or in connection with updates, renewals or extensions of any credit granted as a result of this application. Once you request, you will be informed whether or not such a report was requested and, if so, the name and address of the agency that furnished the report. New York residents may contact the New York State Banking Department to obtain a comparative listing of credit card rates, fees and grace periods. New York State Banking Department: 1-800-522-3330.

**NOTICE FOR OHIO RESIDENTS:** The Ohio laws against discrimination require that all creditors make credit equally available to all creditworthy customers and that credit reporting agencies maintain separate credit histories on each individual upon request. The Ohio Civil Rights Commission administers compliance with this law.

**NOTICE FOR VERMONT RESIDENTS:** A consumer credit report may be requested in connection with this application or in connection with updates, renewals or extensions and any credit granted as a result of this application. Upon your request, you will be informed whether or not such a report was requested and, if so, the name and address of the agency that furnished the report.

## IMPORTANT TERMS OF BEST BUY CREDIT CARD

**1. GENERAL:** This person signing and submitting, or electronically or telephonically submitting this application for credit and account ("Applicant") is applicant or joint applicant applies for an Account with HSBC Bank Nevada, N.A., a national banking association, and requests one or more credit card(s) bearing the name or tradename of Best Buy to be used in connection with the Account. The word "Card" means any credit card(s) issued to you or an authorized user of your Account. In this Agreement, the words "you" and "your" refer to the applicant and joint applicant named on this credit card application and the words "we", "us" and "our" refer to HSBC Bank Nevada, N.A., located at 1111 Town Center Drive, Las Vegas, Nevada 89144. If based on your credit history, you are approved for an account with the terms and conditions of Program B if approved for Program B, you agree to its terms and conditions. If your application is approved, "Applicant" will be referred to as "primary cardholder" and a "joint applicant" will be referred to as "secondary cardholder" for purposes of this Agreement.

If an account and your application is upon its Account, you agree that you will only purchase goods and services for personal, family and household purposes from merchants which honor the Card.

**2. FINANCE CHARGES:** (a) Finance Charges, which are part of the interest on your Account, are calculated separately for each Promotional Credit Plan and each Regular Credit Plan (each a "Credit Plan"). Promotional Credit

Plans with different promotional due dates or terms are treated as different Credit Plans for this purpose. The total Finance Charge for the billing cycle is the sum of the Finance Charges for each Credit Plan, subject to the minimum Finance Charge under Section 3.

(b) Finance Charges are imposed on purchases from the transaction date until paid in full, except that no Finance Charge is imposed in a billing cycle on:

1) a new purchase on a Regular, Delayed Monthly Payment, Reduced Rate or Same As Payment Factor Credit Plan if the combined Previous Balance of those Credit Plans at the beginning of the cycle is zero or a credit balance, or is paid in full before the Payment Due Date that falls during the cycle;

2) any balance on a Regular, Delayed Monthly Payment, Reduced Rate or Special Payment Factor Credit Plan if the combined Previous Balance of those Credit Plans at the beginning of the cycle is zero or a credit balance, or is paid in full before the Payment Due Date that falls during the cycle;

3) a purchase on a Waived Finance Charge Credit Plan for the specified promotional period;

4) a purchase on a Same As Cash Credit Plan if the full cash sales price is paid in full before the promotion expiration date.

(c) If a Finance Charge is imposed on a Credit Plan other than a Same As Cash Credit Plan, the amount will be determined by multiplying the applicable Daily Periodic Rate times the Daily Balance for the Credit Plan for each day in the cycle, and adding the results of those calculations together.

(d) If a Finance Charge is imposed on a Same As Cash Credit Plan during a cycle, the amount will be the sum of the following Daily Finance Charge calculations: (a) the Credit Plan during the current cycle and billing each of the next billing cycles (each a "Prior Cycle") from the transaction date of the purchase through the current cycle: (i) the applicable Daily Periodic Rate for the Current Cycle times the Daily Balance for each day in the current cycle; and (ii) the applicable Daily Periodic Rate for each Prior Cycle times the Daily Balances of the Credit Plan for each day during each Prior Cycle.

(e) The "Daily Balance" of a Credit Plan is determined each day by taking the opening balance of the Credit Plan for that day, and adding to it any new purchases made on the Credit Plan that day, (b) the previous day's Finance Charges, (c) any credit insurance premiums or debt cancellation fees (if applicable) incurred on that day and (d) any late fees, overlimit fees, returned check fees or other fees incurred on that day and subtracting any payments or credits applied to the Credit Plan that day. For any Same As Cash Credit Plan, credit insurance premiums or debt cancellation fees (if applicable) are not included in the Daily Balance of that Credit Plan during the promotional period. If a purchase on a Credit Plan posts after the beginning of a billing cycle, but the transaction remained prior to the beginning of the billing cycle, the amount of the transaction will equal Finance Charges for each day from the transaction date until the first day of the billing cycle in which the transaction posts will be added to the Daily Balance of the Credit Plan for the first day of the billing cycle in which the transaction posts.

(f) For Program A: The Daily Periodic Rate which is used to determine your Finance Charges and the corresponding Annual Percentage Rate will be variable rate which may change monthly. The Daily Periodic Rate will be calculated from those hundred sixty fifth of the sum of the highest of the Prime Rate(s) published in the Wall Street Journal "Money Rates Section" on the first or last day of the month that, the Wall Street Journal is published, plus a "Spread" of 14.4 percentage points for the Standard Rate and a "Spread" of 18.4 percentage points for the Default Rate. Any changes in the Prime Rate will have effect on the first day of your billing cycle beginning in the next month.

The minimum rate of Finance Charge for the Standard Rate is 21.99% Annual Percentage Rate (.06025% corresponding to 21.95% Annual Percentage Rate). The minimum rate of Finance Charge for the Default Rate is 25.99% Annual Percentage Rate (.07120% corresponding to 25.99% Annual Percentage Rate). For example, as of the billing cycle beginning January 1, 2009, the Finance Charge for the Standard Rate would have been a Daily Periodic Rate of .06025% corresponding 21.95% Annual Percentage Rate and the Finance Charge for the Default Rate would have been a Daily Periodic Rate of .07120% corresponding 25.95% Annual Percentage Rate. An increase in the Prime Rate will increase your applicable Daily Periodic Rate which may increase the Finance Charge and the Minimum Monthly Payment due on your Account. You will qualify for the Standard Rate until you have failed to make two consecutive Total Minimum Payments Due and are 60 days past due.

6

7

# English

# English

**THE PARTIES ACKNOWLEDGE THAT THEY HAD A RIGHT TO LITIGATE CLAIMS THROUGH A COURT BEFORE A JUDGE OR JURY, BUT WILL NOT HAVE THAT RIGHT IF EITHER PARTY ELECTS ARBITRATION. THE PARTIES HEREBY KNOWINGLY AND VOLUNTARILY WAIVE THEIR RIGHTS TO LITIGATE SUCH CLAIMS IN A COURT BEFORE A JUDGE OR JURY UPON ELECTION OF ARBITRATION BY EITHER PARTY.**

**7. MONITORING PRACTICES:**

**YOUR BILLING RIGHTS—KEEP THIS NOTICE FOR FUTURE USE**

**ACCOUNT SHIELD SUMMARY**

**IMPORTANT INFORMATION:**

**Special Rule for Credit Card Purchases:**

**PROPERTY DAMAGE OR LOSS:**

# English

**TOTAL DISABILITY:** ...

**INVOLUNTARY UNEMPLOYMENT:** ...

**LOSS OF LIFE:** ...

**TERMINATION / REINSTATEMENT:** ...

**COST:** ...

**ADDITIONAL IMPORTANT INFORMATION:**

## BEST BUY® REWARD ZONE™ TERMS & CONDITIONS

### Membership

### Earn Points

### Get Rewards

# English

Certificate redemption. Certificates may only be used once. You may be notified of adjusted ineligible refunds and services. Lost, stolen, or expired Certificates will not be replaced. Other restrictions or exclusions may apply. Best Buy is not responsible for communications, including Certificates, lost due to change of address or changes in other contact information.

**Non-Qualifying Items**

Best Buy Reward Zone program Points will not be earned for the following: instant rebates and the value of mail-in rebates on purchases, Best Buy Gift Card purchases, purchases paid by Reward Certificate, sales tax, state fees, shipping charges, delivery charges, restocking fees, other extended charges, and certain items that are excluded in particular promotions. Other exclusions may apply.

Reward Zone program Certificates may not be redeemed for discounts off the following items: prior purchases, purchase of Gift Cards, as payment on any Best Buy credit card, for tax or state fees. Other exclusions may apply.

**Membership Cancellation, Modification, Expiration and Termination**

You may cancel your Membership at any time by notifying Member Services by mail, e-mail or telephone. Cancellation may take from 6 to 8 weeks to finalize.

Best Buy may at any time, terminate or modify the Reward Zone program and program rules without any further obligations to members.

If you make no eligible purchases using your Reward Zone program Membership number during a calendar year, your Membership will automatically expire on the last day of that calendar year.

If your Membership is cancelled or expires, Certificates will be issued for accrued points that remain in your account. Regardless of the Certificate level that you may have chosen to have, Certificates will be issued for any $5 Certificate amount that has been earned. Any points that remain in your account that are insufficient to qualify you for a $5 Certificate will be forfeited. Partial Certificates will not be issued.

Best Buy reserves the right to terminate your membership, in its sole discretion.

**Member Communication**

You may view your Account activity online at MyRewardZone.com. For information about your Account, contact Member Services with your Member ID.

You can contact us by mail at: Best Buy Reward Zone program, P.O. Box 9312, Minneapolis, MN 55440-9312.

By e-mail, contact us at rewardzone@bestbuy.com.

By phone, call toll free: 1-888-BEST BUY (1-888-237-8289) and select Reward Zone program option.

**General Program Information**

The Reward Zone program is brought to you by Best Buy Stores, L.P. ("Best Buy"). By becoming a member of the Reward Zone program, you agree to receive advertising, marketing materials and other communications from Best Buy. BEST BUY, the BEST BUY logo, the tag design, the Reward Zone program and other logos and taglines are the intellectual property of Best Buy Enterprise Services, Inc., licensed to Best Buy Stores L.P., and others under contractual conditions. Membership rules are valid where and to the extent prohibited by law. Taxes may apply where required by law.

**Privacy Policy**

The information you provide as a Member of the Reward Zone program will be handled according to Best Buy's Privacy Policy. If you are interested in learning more about Best Buy's privacy practices, please contact Best Buy at 1-888-BEST BUY (1-888-237-8289) or visit BestBuy.com.

© 5/26/09